No. 82–1052. OLD BEN COAL CO. *v.* BLAIZE ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–1076. LOUISIANA ET AL. *v.* DEPARTMENT OF ENERGY ET AL. Temp. Emerg. Ct. App. Certiorari denied.

No. 82–1079. DICKINSON *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–1155. OTASCO, INC. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 82–1172. BRATTON *v.* UNITED STATES; and

No. 82–1225. GREENLEAF *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Reported below: 692 F. 2d 182.

No. 82–1173. UNDERWRITERS AT LLOYDS *v.* OPE SHIPPING, LTD., ET AL.; and

No. 82–1356. OPE SHIPPING, LTD., ET AL. *v.* ALLSTATE INSURANCE CO., INC., ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 687 F. 2d 639.

No. 82–1209. BREWTON FASHIONS, INC., A DIVISION OF JUDY BOND *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 11th Cir. Certiorari denied.

No. 82–1339. TOWN OF HUNTINGTON, NEW YORK, ET AL. *v.* HUNTINGTON BRANCH, NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–1341. DIAMOND M DRILLING CO. ET AL. *v.* WOOD. C. A. 5th Cir. Certiorari denied.

No. 82–1342. WILLIAMS ET AL. *v.* MILONAS ET AL. C. A. 10th Cir. Certiorari denied.